AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BENNETT, MARK W | 2. Court or Organization<br><br>USDC/Northern District of Iowa | 3. Date of Report<br><br>7/11/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>313 United States Courthouse<br>320 Sixth Street<br>Sioux City, IA 51101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 JUL 14 A 10: 39
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Aspen Publishing | $ 4,218.46 |
| 2. 2007 | Drake University Law School | $ 3,600 |
| 3. 2007 | Nebraska College of Law | $ 7,000 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Government | 1/11/207-1/13/200 | Cedar Rapids, IA | Cthouse Const. Meeting | airfare, lodging, meals |
| 2. | American Conference Institute | 1/23/07-1/25/07 | New York, NY | 2007 EPLI Conference | airfare, lodging, meals |
| 3. | Grinnell College | 2/1/07-2/1/07 | Grinnell, IA | DeathPenalty Presentation | mileage, meals |
| 4. | ABOTA | 2/7/07-2/9/07 | Las Vegas, Nevada | 7th Amendment Seminar | aifare, lodging, meals |
| 5. | Federal Government | 2/14/07-2/16/07 | Washington, DC | IT Seminar for Judges | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Drake University Law School | 2/26/07-2/28/07 | Des Moines, IA | Speaking to IL's | mileage, lodging, meals |
| 7. | Federal Government | 3/25/07-3/27/07 | Washington, DC | Defender Serv. Meeting | airfare, lodging, meals |
| 8. | Federal Government | 3/28/07-3/30/07 | Fargo, ND | 8th Cir. Chief Judges Mtg | airfare, lodging, meals |
| 9. | Drake University School of Law | 4/1/07-4/2/07 | Des Moines, IA | Drake Law Class | mileage, lodging, meals |
| 10. | Federal Government | 4/15/07-4/16/07 | Oklahoma City, OK | Ok. Courthouse visit | airfare, lodging, meals |
| 11. | Pennsyvania Bar Institute | 4/18/07-4/19/07 | Philadelphia, Penn | Empl. Law Institute | airfare, lodging, meals |
| 12. | Federal Government | 4/19/07-4/20/07 | Des Moines, IA | Investiture | mileage, lodging, meals |
| 13. | Federal Government | 4/29/07-4/30/07 | Washington, DC | Def. Services Spring Mtg | airfare, lodging, meals |
| 14. | Federal Government | 5/3/0-7-5/4/07 | Atlanta, GA | 11th Circuit Conference | airfare, lodging, meals |
| 15. | Federal Government | 5/9/07-5/10/07 | Asheville, NC | 6th Circuit Conference | airfare, lodging, meals |
| 16. | Pacific Coast Labor & Employment Law Group | 5/10.07-5/12/07 | Seattle, WA | Pac. Coast Labor Seminar | airfare, lodging, meals |
| 17. | Federal Government | 5/23/07-5/24/07 | Cedar Rapids, IA | Investituture | airfare, lodging, meals |
| 18. | Federal Government | 5/30/07-6/2/07 | Sante Fe, NM | Def. Services Meeting | airfare, lodging, meals |
| 19. | Federal Government | 6/28/07-6/29/07 | Cedar Rapids, IA | Courthouse Meeting | airfare, lodging, meals |
| 20. | Federal Government | 7/10/07-7/13/07 | Vail, CO | 8th Cir. Summer Meeting | airfare, lodging, meals |
| 21. | Iowa State Bar Association | 8/1/07-8/2/07 | Des Moines, IA | YLD Summer Seminar | mileage, lodging, meals |
| 22. | Iowa Judicial Branch | 8/2/07-8/3/07 | Des Moines, IA | Iowa Judicial Institute | mileage, lodging, meals |
| 23. | Federal Government | 8/5/07-8/7/07 | Cedar Rapids, IA | Courthouse Meeting | airfare, lodging, meals |
| 24. | Federal Government | 8/13/07-8/15/07 | Cedar Rapids, IA | BOP/Federal Prob. Conf. | airfare, lodging, meals |
| 25. | Federal Government | 9/7/07-9/10/07 | Cedar Rapids, IA | Courthouse Meeting | airfare, lodging, meals |
| 26. | Federal Government | 9/26/07-9/28/07 | Lake of the Ozarks, MO | Judicial Meeting | airfare, lodging, meals |
| 27. | NELA | 10/4/07-10/6/07 | Orlando, FL | NELA Conference | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

| | | | | |
|---|---|---|---|---|
| 28. | Federal Government | 10/11/07-10/12/07 Cedar Rapids, IA | Interviews | airfare, lodging, meals |
| 29. | Federal Government | 10/14/07-10/15/07 Washington, DC | LRP Subcomm. Mtg | airfare, lodging, meals |
| 30. | Baton Rouge Bar Assoc/American Board of Trial Advocates | 11/15/07-11/16/07 Baton Rouge, LA | Baton Rouge Seminar | airfare, lodging, meals |
| 31. | Federal Government | 12/4/07-12/8/07  Savannah, GA | Defender Serv. Meeting | airfare, lodging, meals |
| 32. | Iowa State Bar Association | 12/13/07-12/14/07 Des Moines, IA | Federal Prac. Seminar | mileage, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Funds (IRA/Schwab) | | | | | | | | | |
| 2. Aim Global Health Care | | None | J | T | | | | | |
| 3. Buffalo Small Cap Fund | A | Dividend | J | T | Partial Sale | 11/26 | J | B | |
| 4. Cambiar Opportunity Fund | A | Dividend | J | T | Partial Sale | 7/24 | J | B | |
| 5. CGM Focus Fund | A | Dividend | J | T | Buy | 10/25 | J | | |
| 6. Excelsior Equity Opportunities Fund | A | Dividend | J | T | Partial Sale | 10/29 | J | B | |
| 7. Excelsior Value and Restructuring Fund | A | Dividend | J | T | | | | | |
| 8. Harding Loevner Emerging | A | Dividend | K | T | Partial Sale | 6/28 | J | B | |
| 9. | | | | | Partial Sale | 10/25 | J | C | |
| 10. | | | | | Partial Sale | 12/21 | J | B | |
| 11. Janus Overseas Fund | A | Dividend | J | T | Buy | 1/3 | J | | |
| 12. Metzler/Payden European | A | Dividend | J | T | Buy | 1/3 | J | | |
| 13. Rainier Small/Mid Cap Equity Portfolio | | None | J | T | | | | | |
| 14. Schwab Hedged Equity | | None | | | Partial Sale | 4/25 | J | B | |
| 15. | | | | | Partial Sale | 8/24 | J | B | |
| 16. | | | | | Sale | 9/25 | J | C | |
| 17. T Rowe Price Capital (See Notes) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wasatch Core Growth Fund | | None | | | Sale | 5/25 | J | B | |
| 19. Wasatch Internationl Growth Fund | | None | J | T | Partial Sale | 1/31 | J | C | |
| 20. | | | | | Partial Sale | 3/27 | J | B | |
| 21. | | | | | Partial Sale | 5/25 | J | B | |
| 22. Stocks (IRA/Schwab) | | | | | | | | | |
| 23. JDS Uniphase Corporation | | None | | | Sale | 2/28 | J | B | |
| 24. Schwab Money Market Fund (IRA) | | None | J | T | | | | | |
| 25. Non-IRA (Fidelity Account) | | | | | | | | | |
| 26. ANTX | | None | J | T | | | | | |
| 27. Cisco | | None | | | Sale | 12/13 | J | A | |
| 28. Fidelity Emerging Markets | | None | J | T | Buy | 3/13 | J | | |
| 29. Franklin Income Class C | A | Dividend | J | T | Buy | 3/15 | J | | |
| 30. Hartford Capital Appreciation CL C | | None | J | T | Buy | 3/15 | J | | |
| 31. JDS Uniphase | | None | J | T | | | | | |
| 32. Surebeam Corp. | | None | J | T | | | | | |
| 33. Wasatch Core Growth | | None | J | T | | | | | |
| 34. WasatchUltra Growth | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Williams Co's Inc. | A | Dividend | J | T | | | | | |
| 36. Miscellaneous Holdings | | | | | | | | | |
| 37. Iowa College Savings Account-- Mark Bennett custodian | | None | K | T | Contribute | | J | | |
| 38. Iowa College Savings Account . . Spouse custodian | | None | K | T | Contribute | | J | | |
| 39. CKG ACCT; Fidelity, Boston MA | A | Interest | J | T | | | | | |
| 40. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 41. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 42. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 43. Belcour Pension Invest VI | | None | J | T | | | | | |
| 44. LMTD PTRSHIP; Riverfront Ass'n; Des Moines, | | None | J | W | | | | | |
| 45. LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 46. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| 47. LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 48. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 49. IRA Fidelity ███ | | | | | | | | | |
| 50. Aim International Small Company | A | Dividend | J | T | Partial Sale | 5/18 | J | B | |
| 51. Allianceber International | A | Dividend | J | T | Buy | 1/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Baron Partners Fund | | None | J | T | Buy | 10/31 | J | | |
| 53. Berkshire Hathaway Inc DEL CL B | | None | L | T | | | | | |
| 54. Cambiar Opportunity Inv. | A | Dividend | | | Partial Sale | 5/8 | J | A | |
| 55. | | | | | Sale | 10/30 | J | B | |
| 56. FBR Small Cap Class | | None | | | Sale | 5/16 | J | A | |
| 57. FBR Focus Fund (See Notes) | | None | | | Buy | 10 | J | | |
| 58. | | | | | Sale | 12/28 | J | B | |
| 59. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 60. Fidelity Convertible Securites | A | Dividend | J | T | Buy | 10/3 | J | | |
| 61. Fidelity Emerging Markets | | None | K | T | Partial Sale | 5/8 | J | A | |
| 62. Fidelity New Millenium | A | Dividend | J | T | Partial Sale | 5/16 | J | B | |
| 63. Fidelity Large Cap Value Fund | | None | | | Partial Sale | 5/8 | J | A | |
| 64. | | | | | Partial Sale | 5/16 | J | A | |
| 65. | | | | | Sale | 12/11 | J | C | |
| 66. First Fed BK (See Notes) | | None | | | Buy | 5/23 | J | | |
| 67. Franklin Income Class C | A | Dividend | K | T | | | | | |
| 68. Harding Loevner Emerging Market | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Emerging Market Debt Select | A | Dividend | | | Sale | 10/2 | J | A | |
| 70. Lord Abbett Develop Growth | | None | J | T | Buy | 12/27 | J | | |
| 71. Matthews Pacific Tiger Fund | A | Dividend | K | T | Buy | 10/12 | K | | |
| 72. Metzler Payden | | None | J | T | Buy | 12/28 | J | | |
| 73. Neurberger Berman Partners Trust | A | Dividend | J | T | | | | | |
| 74. Oakmark Equity & Income FD | A | Dividend | K | T | Partial Sale | 10/2 | J | B | |
| 75. Quantitative Emerging Markes | A | Dividend | J | T | Buy | 10/2 | J | | |
| 76. Perkins Discovery | | None | J | T | Buy | 10/12 | J | | |
| 77. T. Rowe Price | A | Dividend | J | T | Buy | 1/2 | J | | |
| 78. Van Eck Emerging Markets | | None | J | T | Buy | 10/4 | J | | |
| 79. Vanguard Inflation | A | Dividend | J | T | Buy | 12/19 | J | | |
| 80. Wasatch Core Growth | | None | | | Sale | 12/24 | J | D | |
| 81. Wasatch Hoisington US | A | Dividend | J | T | Partial Sale | 1/2 | J | | |
| 82. Wasatch Small Cap Value | | None | | | Sale | 10/11 | J | D | |
| 83. Wright Express (See Notes) | | None | | | Buy | 5/18 | J | | |
| 84. IRA Smith Barney ▆▆▆▆ | | | | | | | | | |
| 85. Bank Deposit Program | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250.001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Franklin Income Fund Class C | A | Dividend | K | T | | | | | |
| 87.  Hartford Capital Appreciation Fund | | None | K | T | Buy | 10/22 | J | | |
| 88.  Henderson European Focus Fund | | None | K | T | Buy | 5/1 | K | | |
| 89.  Legg Mason Value Trust | | None | J | T | Buy | 12/21 | J | | |
| 90.  Olstein All Cap Value Fund | | None | K | T | Buy | 10/5 | K | | |
| 91.  Olstein Financial Alert Fund | | None | | | Sale | 4/30 | J | D | |
| 92.  RBC Dain Rauscher, Inc. (See Notes) | | None | | | | | | | |
| 93.  UTS First (See Notes) | A | Dividend | J | T | | | | | |
| 94.  Washington Mutual Bank COD | | None | K | T | | | | | |
| 95.  Western Asset Money Market Fund | | None | K | T | Investment | 8/9 | K | | |
| 96. | | | | | Investment | 8/10 | J | | |
| 97. | | | | | Investment | 9/11 | J | | |
| 98. | | | | | Redemption | 10/25 | J | D | |
| 99.  Wilmington Savings Fund CD | | None | J | T | Buy | 4/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

T. Rowe Price Capital Appreciation Fund (#17) was inadvertantly left off of the 2006 report when it was purchased

FBR Focus Fund (#57) became a part of the IRA Fidelity Account sometime in October of 2007. An exact date does not appear on the statements.

First Fed Bk (#66) was redeemed on 11/21 for $6000

Wright Express (#83) was redeemed on 8/17 for $3000

RBC Dain Raucher (#92) was inadvertantly included as an asset in this account last year -- the Olstein Fund was actually transferred by RBC. Thus, it never should have been included on the 2006 report

UTS First (#93) -- Full Call on 8/30 -- no longer a part of this account

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544